**Order entered July 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00377-CV

**MARCO ANTONIO GARDUZA, Appellant**

**V.**

**MARISOL PEREZ CASTILLO, Appellee**

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-10-21452-R**

## ORDER

The Court has before it appellant's first amended third motion to extend time to file brief.

The Court **GRANTS** the motion and **ORDERS** that the brief tendered by appellant on July 17, 2013 be timely filed as of today's date.

/s/     ELIZABETH LANG-MIERS
          JUSTICE